# IN THE SUPREME COURT OF THE STATE OF NEVADA

NICKI BOYD, A/K/A NIKCI BOYD,
                    Appellant,
vs.
THE STATE OF NEVADA,
                    Respondent.

No. 75492

FILED

MAY 2 1 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a purported district court decision "to remove district attorneys." Eighth Judicial District Court, Clark County; Douglas Smith, Judge.

This court's review of this appeal reveals jurisdictional defects. Specifically, no order was entered denying the removal of district attorneys, and no statute or court rule provides for an appeal from a district court order denying the removal of district attorneys. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

18-19289

cc:  Hon. Douglas Smith, District Judge
     Nicki Boyd
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk